**DISHNER DEVELOPERS, INC. v. BROWN**

[354 N.C. 569 (2001)]

DISHNER DEVELOPERS, INC. v. VICTORIA BROWN

No. 528A01

(Filed 18 December 2001)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 145 N.C. App. 375, 549 S.E.2d 904 (2001), affirming an order entered by Gavin, J., on 23 March 2000 in District Court, Moore County. Heard in the Supreme Court 11 December 2001.

*Lapping & Lapping, by Sherwood F. Lapping, for plaintiff-appellee.*

*Gill & Tobias, LLP, by Douglas R. Gill, for defendant-appellant.*

PER CURIAM.

AFFIRMED.